UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TANIA CHRIS ALEXANDER,

      Plaintiff,

> Case: 4:17-cv-12759
> Judge: Leitman, Matthew F.
> MJ: Majzoub, Mona K.
> Filed: 08-22-2017 At 03:40 PM
> CMP ALEXANDER V. CITY OF BLOOMFIELD
>   TOWNSHIP ET AL (DA)

v.

**CITY OF BLOOMFIELD TOWNSHIP,**
a municipal corporation, and
**BLOOMFIELD POLICE DEPARTMENT,**
a government entity, and **OFFICER METECHIK**
as an individual, **SGT. GALLAGHER** as an
individual and **McLAREN HOSPITAL,**
a nonprofit organization.

*Jointly and severally,*

      Defendants.

## **FIRST VERIFIED COMPLAINT AND JURY DEMAND**

    Plaintiff Tania Chris Alexander  for her Verified Amended Complaint and Jury Demand states as follows:

## **INTRODUCTION**

1.    This is an action brought under 42 USC § 1983 and the Fourth Amendment.  Plaintiff Tania Chris Alexander  was stopped by officers of the

Bloomfield Township Police . In addition to the unreasonable seizure and retention of Plaintiff's vehicle , Defendant Officer Matejcik also used excessive force during this traffic stop in violation of the Fourth Amendment. As a result of those constitutional violations, Plaintiff has incurred significant damage and is entitled to an award of compensatory damages to the full extent permitted by law and in an amount to be proven at trial. Additionally, given the reprehensible nature of the defendants' conduct, Plaintiff is also entitled to an award of punitive damages.

## PARTIES AND JURISDICTION

2.     This action arises under 42 USC §1983. Jurisdiction is conferred by 28 USC §§ 1331 and 1343(a)(3) and (4).

3.     Plaintiff is an individual and a citizen of Michigan.

4.     Officer Matejcik is a police officer who was employed by the Bloomfield Police Department at all relevant times. At all relevant times, he was acting within the scope of that employment and under color of law. He is being sued in his official capacity as a police officer and as an individual. Upon information and belief, Officer is  a citizen of Michigan and does reside in Michigan.

5.     Sgt. Gallagher, upon information and belief, is a police officer who is currently employed by the Bloomfield Police Department. He was employed by the Bloomfield Township  Police Department at all relevant times described herein. At all relevant times, she was acting within the scope of that employment and under color of

2

law.  He is being sued in his  official capacity as a police officer and as an individual.

Upon information and belief, Sgt. Gallagher is a citizen and resident of Michigan.

6.     Venue is proper in this Court under 28 USC § 1391(b)(2).

## GENERAL ALLEGATIONS

7. On July 01, 2015, Alleged Defendant was arraigned on two misdemeanors

and a civil infraction initiated by the Township of Bloomfield for alleged unlawful

action[s] by defendant to Complainant Officer Turner and /or Officer Matejcik of

Bloomfield Township PD. Charges in this case derived from a traffic stop in Pontiac,

County of Oakland on or about June 16, 2015

8. On September 11, 2015, This court issued an notice to appear for jury

selection without contacting court appointed counsel.

9. On September 16, 2015, City Attorney Dismissed both infractions Nolle

Prosequi.

10. On September 16, 2015, Detective Sergeant James Gallagher conducted a

swear to arising out the same transaction and presented falsity alleging Alexander

license was suspended. (See 9/16/17, Swear/To Tr, Pg 5,Ln 10).

11. Alexander was then charge and arraigned with fleeing and eluding a police officer fourth degree, MCL 257.602(A)(2) and leaving the scene of a property damage vehicular accident, MCL 257.618.

## **BACKGROUND OF INCIDENT**

On June 16, 2015, Alexander was traveling Northbound on Telegraph to drive Alexander mother to her scheduled doctor's appointment. While driving she began to experience pain, tightness in the chest area and irregular breathing. Within seconds, Plaintiff was cut off by a Caucasian male who jumped in front of Alexander vehicle when a "UPS truck" pulled out of a drive way in front of him. This occurred on Telegraph at Maple. Alexander didn't seem to hit any vehicle (s) and or person(s). Alexander then called 911 to inform operator and request medical Emergency Services and if they could inform the police of situation. Thereafter, on Telegraph at Orchard Lake, Alexander was beaconed by Bloomfield Police Department while on phone with 911. Alexander who suffers from anxiety was cut off by three police vehicles (Telegraph at Elizabeth Lake). Alexander Jump out of vehicle and immediately updated the police of mothers conditions, and history including the fact that she was recently discharge from hospital after a weeklong stay and suffers memory loss. Officer disregarded Alexander claims despite the ongoing emergency that Mother/passenger was in distress. Plaintiff was then treated indifferently, unfairly and like a criminal. Shortly thereafter, approx. 10-12 minutes ambulance appeared on

4

the scene, Alexander gave them all medication (since, Plaintiff mother needed for initial appointment). Officer at scene, then alleged Plaintiff "nicked" a bumper a mile back. Alexander updated the EMS technician of Mother's condition, and was then placed under arrest. Plaintiff was released what seemed like a few hours later. Alexander then went to hospital to check status of mother's condition and discovered she was discharged. The hospital discharged her with instructions for concussions because Officers made it appear her injuries was sustained in a Motor Vehicle accident versus her pre existing condition. Primary care Physician then ordered Alexander to bring mother back into hospital for additional observations which was never relayed to ER. This case was then dismissed on motion of City Attorney and an Order of Nolle Prosequi was entered.  In addition Det. Sgt Gallagher committed perjury when he falsely testified that he "presented the case to Oakland County Prosecutor Office for suspended License".

## COUNT I – UNLAWFUL SEIZURE OF PROPERTY

12. Plaintiff realleges paragraphs 1 – 10 as if fully set forth here.

13. By seizing and retaining the vehicle , Officer Matechik violated Plaintiff's Fourth Amendment right to be free from unreasonable seizure.

14. The seizure and subsequent prolong retention of the vehicle was unreasonable, unlawful.

15. Plaintiff in no way consented to the search and seizure of the vehicle.

5

In seizing and retaining Plaintiff's vehicle, Officer Matechik acted intentionally and with reckless disregard for Plaintiff's constitutional rights.

16. In seizing and retaining Plaintiff's vehicle, Officer Matechik violated clearly established law.

17. Officer Matechik was acting under color of law and in the scope of their employment and while on duty as police officers of the Bloomfield Twp Police Department at all relevant times.

18. As a direct and proximate result of the deprivation of his rights, Plaintiff suffered great expense and mental anguish.

19. In addition, in seizing and retaining Plaintiff's vehcile, Officer Matechik acted maliciously and wantonly and, given the reprehensible nature of their conduct, Plaintiff is entitled to an award of punitive damages.

**WHEREFORE,** Plaintiff requests judgment against Officer Matechik   and Bloomfield Township Police jointly and severally in amount consistent with the damages sustained, which include:

   a.   interest that has accrued thereon as of the date the seizure;

   b.   Such other compensatory damages as permitted by law in an amount to be proven at trial;

   c.   Attorney fees and costs;

6

d. Punitive damages as permitted by law in an amount to be proven at trial; and

e. All other relief that this Court deems just and appropriate.

## COUNT II – EXCESSIVE AND UNREASONABLE FORCE

20. Plaintiff realleges paragraphs 1 – 26 as fully set forth here.

20. By unlawfully stopping  violated Plaintiff's Fourth Amendment right to be free from unreasonable seizure and the use of excessive force.

21. The use of force initiated by Officer Matechik caused an excessive amount of force to be inflicted onto the body of Plaintiff.  Such force was unreasonable and unnecessary.

22. Plaintiff was falsely placed under arrest during the traffic stop in question.

23. Plaintiff did not flee and elude  any of the officers during the traffic stop in question.

24. Officer Matechik was acting under color of law and within the scope of his employment and while on duty as a police officer of the Bloomfield Police Department at all relevant times.

25. Officer Matechik described acts violated clearly established law.

26. As a direct and proximate result of Officer Matechik 's described acts and the deprivation of Plaintiff's rights, Plaintiff was caused to suffer serious and

7

permanent personal injury, pain, suffering and mental anguish both now and in the future.

**WHEREFORE,** Plaintiff requests judgment against Officer Matechik, Officer Glallager and Bloomfield Township in amount consistent with the damages sustained, which includes, but is not limited to, all compensatory damages and punitive damages as permitted by law in an amount to be proven at trial, attorney fees and costs, and all other relief that the Court deems just and appropriate.

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct. Executed on August 22, 2017.

Tania Chris Alexnder

<table>
<tr><td>

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED CERTIFIES THAT THE FOREGOING INSTRUMENT WAS SERVED UPON ALL PARTIES TO THE ABOVE CAUSE TO EACH OF THE ATTORNEYS OF RECORD HEREIN AT THEIR RESPECTIVE ADDRESSES DISCLOSED IN THE PLEADINGS ON ___**August 22, 2017**___ BY:

__X_U.S. MAIL      _x__FAX      _____HAND DELIVERY

_____FEDERAL EXPRESS  _x__ E-FILE AND /or EMAIL

SIGNATURE:  _**/S/ Tania Chris Alexander**

</td><td>

Respectfully Submitted,

**/s/ Tania Chris Alexander**
19191 Eldridge Ln.
Southfield, Michigan 48076
taniaa516@gmail.com
Phone: 248-252-8029
Fax: 248-659-1634

</td></tr>
</table>

**DATED: AUGUST 20, 2017**



# EXHIBIT A

# Michigan Department of State
## BUREAU OF BRANCH OFFICE SERVICES
### Request Report

A SOS 6894 01/22/2016 13:15:47 IP10_42_47_246/HCS084CPTSPC927.
42;9;A425785115371.

THIS RECORD WAS MARKED AS BOS/LEGACY OWNED ON 06/01/2015
TRANSACTION PROCESSING FOR THIS RECORD CAN ONLY BE PERFORMED ON BOS

A-425-785-115-371
TANIA CHRIS ALEXANDER        05/16/1967  F  5-05  145  BRO  IMAGE
728 ROBINHOOD CIR            R-OPER  05/29/2015  05/16/2019
BLOOMFIELD HILLS MI  48304-3756    63    VOTER ***-**-****
US
ALIAS: TANIA CHRIS CARROLL
PREV NAME: TANIA CHRIS CARROLL


EDL STATUS: ISSUED


* THIS DRIVER HAS NO PRIOR 904 MANDATORY ADDITIONAL VIOLATIONS OF
* SUSPENSION/REVOCATION OR 625 ALCOHOL RELATED CONVICTIONS WITHIN THE
* TIME FRAMES REQUIRING PLATE CONFISCATION.

06/29/2010  CHEBOYGAN       06/12/2010 LIMITED ACCESS SPEED  75/70
                               -PA
09/13/2011  ROCHESTER       06/28/2011 DROVE LEFT OF CENTER -PA
01/14/2013  SUSPENSION  **** 11/07/2012 FCJ #12BT08487 BLOOMFIELD HILLS
01/25/2013  SUSP TERMINATED        IMPEDED TRAFFIC
12/14/2012  BLOOMFIELD HILLS 11/05/2012 IMPROPER PASSING -PA
            ACCIDENT        03/10/2015 023-9886 BLOOMFIELD TWP PD
                                2 VEH/UNIT  0 INJ  0 KILLED
                                V07  X4  PU
04/06/2015  BLOOMFIELD HILLS 03/10/2015 IMPROPER PASSING -PU          3
            ACCIDENT        06/16/2015 048-0966 BLOOMFIELD TWP PD
                                2 VEH/UNIT  0 INJ  0 KILLED
                                V16  X4  PU


*************************** END OF RECORD HISTORY ***********************

LICENSE VALID
DRIVING STATUS: ELIGIBLE - RECORD CLEAR

(ELECTRONICALLY CERTIFIED IN COMPLIANCE WITH MCL 257.204A,
AS OF RECORD RUN DATE INDICATED ABOVE.)

MI SOS        (PREPARED IN COMPLIANCE WITH MCL 257.733)
              (FOR GOVERNMENTAL OR INDIVIDUAL DRIVERS USE ONLY)

# EXHIBIT B

| STATE OF MICHIGAN 48TH JUDICIAL DISTRICT ORI630105J PIN: 15-0009021 | **REGISTER OF ACTIONS** | CASE NO: **15BT04547** D01 OT STATUS: CLSD 09/16/15 |
|---|---|---|

JUDGE OF RECORD: SMALL,KIMBERLY F., P-39062
JUDGE: SMALL,KIMBERLY F., P-39062

TOWNSHIP OF BLOOMFIELD v

**ALEXANDER/TANIA/CHRIS**
19191 ELDRIDGE LN
SOUTHFIELD MI 48076

CTN:
TCN:
SID:
ENTRY DATE: 06/17/15
**OFFENSE DATE:** 06/16/15 108 PM

DEFENDANT PHONE: (248) 252-8029    VEHICLE TYPE: PU    VPN: MI 5LKF00 16
DOB: 05/16/1967  SEX: F  RACE: B  DLN: MI A425785115371    CDL: N
VEH YR: 2007    VEH MAKE:    VIN:    PAPER PLATE:

| DEFENSE ATTORNEY ADDRESS DUNN,PATRICK T., 2701 CAMBRIDGE CT STE 223 AUBURN HILLS MI 48326 | BAR NO. P-48796 APPOINTED Telephone No. (248) 377-1700 |
|---|---|
| OFFICER: MATEJCIK/PETE/ PROSECUTOR: VICTIM/DESC: MK=DODGE RAM TRUCK | DEPT: BLOOMFIELD TOWNSHIP VENUE: TOWNSHIP OF BLOOMFIELD |

**COUNT 1** C/M/F: M 02600                 ORD#3.2
**DISOBEY POLICE OFFICER'S SIGNAL**
ARRAIGNMENT DATE: 07/01/15    PLEA: PLEA N-GLTY    PLEA DATE: 07/01/15
FINDINGS: NOLLE PROSEQ   DISPOSITION DATE: 09/16/15
SENTENCING DATE:

| FINE | COST | ST.COST | CON | MISC. | REST | TOT FINE | TOT DUE |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

JAIL SENTENCE:    PROBATION:
VEH IMMOB START DATE:    NUMBER OF DAYS:    VEH FORFEITURE:

**BOND HISTORY:**

| RCPT DT | NO. | ACTION | TYPE | CHECK | AMOUNT | STAT | CLRK |
|---|---|---|---|---|---|---|---|
| 7/01/15 | D184160 | 7/01/15 | CASH | | 250.00 | OPEN | AMT |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| 06/16/15 | | |
| 1 ORIGINAL CHARGE | DISO POL SIG | HRG |
| | SCHEDULED FOR ARRAIGNMENT 070115 830A  ARRAIGNING,MAGISTRA #    2 | HRG |
| 06/17/15 | | |
| | FILING DATE                061715 | HRG |
| | NOTICE TO APPEAR FOR DEFENDANT REQUESTED | |
| | DISO POL SIG | HRG |
| 1 NOTICE TO APPEAR GENERATED | | |
| | DISO POL SIG | HRG |
| 06/22/15 | | |
| | JUDGE OF RECORD/MAGISTRATE CHANGED | SAB |
| | FROM: 00000 NO SPECIFIC JUDGE | SAB |
| | TO: 39062 SMALL,KIMBERLY F., | SAB |
| 07/01/15 | | |
| | PREV. 728 ROBINHOOD CIR | MKS |
| | ADDR: BLOOMFIELD HILLS MI 48304 | MKS |

NAME: ALEXANDER/TANIA/CHRIS            CASE NO: 15BT04547      PAGE   2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | MISCELLANEOUS ACTION      DISO POL SIG | | | MKS |
| | ARRAIGNMENT HELD          DISO POL SIG | | | SAB |
| | MAG  LINDEN,HOWARD T., | | P-25438 | SAB |
| | PLEAD NOT GUILTY | | | SAB |
| | CASH OR SURETY | | | SAB |
| | BOND SET | $    250.00 | | SAB |
| | B. BLAYDON CEO # 6855 | | | SAB |
| | ORDER FOR COURT APPOINTED ATTORNEY FILED | | | SAB |
| 1 | MISCELLANEOUS ACTION      DISO POL SIG | | | SAB |
| | SCHEDULED FOR PRE-TRIAL   071515  900A  SMALL,KIMBERLY F., | | P-39062 | SAB |
| | NOTICE TO APPEAR FOR DEFENDANT REQUESTED | | | |
| | DISO POL SIG | | | SAB |
| 1 | BAIL BOND GENERATED       DISO POL SIG | | | SAB |
| | MONETARY TRANSACTION      DISO POL SIG | | | AMT |
| | CASH | $    250.00 | | AMT |
| | BOND POSTED | $    250.00 | D184160 | AMT |
| 1 | ATM CARD TENDERED | | | AMT |
| | NOTICE TO APPEAR GENERATED | | | |
| | DISO POL SIG | | | SAB |
| **07/02/15** | | | | |
| 1 | MISCELLANEOUS ACTION      DISO POL SIG | | | MKS |
| | JDG  SMALL,KIMBERLY F., | | P-39062 | MKS |
| | JUDGE SMALL GRANTED CAA OF THE DAY | | | MKS |
| **07/15/15** | | | | |
| 1 | PROCEEDING HELD           DISO POL SIG | | | SAB |
| | JDG  SMALL,KIMBERLY F., | | P-39062 | SAB |
| | ADJOURN 2 WEEKS. | | | SAB |
| | MISCELLANEOUS ACTION      DISO POL SIG | | | SAB |
| | SCHEDULED FOR PRE-TRIAL   072915  900A  SMALL,KIMBERLY F., | | P-39062 | SAB |
| | NOTICE TO APPEAR FOR DEFENDANT REQUESTED | | | |
| | DISO POL SIG | | | SAB |
| 1 | MISCELLANEOUS ACTION      DISO POL SIG | | | SAB |
| | DEFENDANT WAIVED CAA. | | | SAB |
| | NOTICE TO APPEAR GENERATED | | | |
| | DISO POL SIG | | | SAB |
| **07/23/15** | | | | |
| 1 | MISCELLANEOUS ACTION      DISO POL SIG | | | DLL |
| | DEMAND FOR DISCOVERY FILED | | | DLL |
| | PROOF OF SERVICE FILED | | | DLL |
| | EMERGENCY MOTION TO STAY OF PROCEEDINGS | | | DLL |
| | PENDING FEDERAL NOTICE OF REMOVAL PURSUANT | | | DLL |
| | TO TITLE 28-1443. | | | DLL |
| **07/28/15** | | | | |
| 1 | MISCELLANEOUS ACTION      DISO POL SIG | | | MKS |
| | REMOVED FROM DOCKET       072915  900A  SMALL,KIMBERLY F., | | P-39062 | MKS |
| | JUDGE SMALL GRANTED ADJ | | | MKS |
| 1 | MISCELLANEOUS ACTION      DISO POL SIG | | | MKS |
| | JDG  SMALL,KIMBERLY F., | | P-39062 | MKS |
| | SCHEDULED FOR PRE-TRIAL   081215  900A  SMALL,KIMBERLY F., | | P-39062 | MKS |
| | NOTICE TO APPEAR FOR DEFENDANT REQUESTED | | | |
| | DISO POL SIG | | | MKS |
| | SCHEDULED FOR MOTION HEARING | | | |
| | 081215  900A  SMALL,KIMBERLY F., | | P-39062 | MKS |

NAME: ALEXANDER/TANIA/CHRIS                 CASE NO: 15BT04547     PAGE   3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|--------------------------------|----------|
| | NOTICE TO APPEAR FOR DEFENDANT REQUESTED | |
| | DISO POL SIG | MKS |
| 1 | NOTICE TO APPEAR GENERATED | |
| | DISO POL SIG | MKS |
| | NOTICE TO APPEAR GENERATED | |
| | DISO POL SIG | MKS |
| | MISCELLANEOUS ACTION     DISO POL SIG | MKS |
| | REC'D CITY ATTYS RESPONSE TO DEF'S MOTION; | MKS |
| | SENT TO JUDGE SMALL FOR REVIEW | MKS |
| 08/12/15 | | |
| 1 | PROCEEDING HELD        DISO POL SIG | MKS |
| | JDG  SMALL,KIMBERLY F.,              P-39062 | MKS |
| | D.ALBANO CEO #6166 | MKS |
| | MOTION TO STAY DENIED; SET FOR JURY TRIAL; | MKS |
| | DEF WAIVES COUNSEL; SUBMIT WITNESS LIST BY | MKS |
| | 9/1/15; GRANT MOTION TO WAIVE FEES FOR | MKS |
| | DISCOVERY | MKS |
| 1 | MISCELLANEOUS ACTION     DISO POL SIG | MKS |
| | SCHEDULED FOR JURY-TRIAL  092415  900A   SMALL,KIMBERLY F.,  P-39062 | MKS |
| | NOTICE TO APPEAR FOR DEFENDANT REQUESTED | |
| | DISO POL SIG | MKS |
| 1 | NOTICE TO APPEAR GENERATED | |
| | DISO POL SIG | MKS |
| 09/09/15 | | |
| 1 | PROCEEDING HELD        DISO POL SIG | MKS |
| | JDG  SMALL,KIMBERLY F.,              P-39062 | MKS |
| | PER JUDGE SMALL; SET FOR FJPT AND MOTION | MKS |
| | HRG; APPOINT CAA PATRICK DUNN TO CASE | MKS |
| | MISCELLANEOUS ACTION     DISO POL SIG | MKS |
| | ATT  DUNN,PATRICK T.,               P-48796 | MKS |
| | SCHEDULED FOR FINAL JURY PRE-TRIAL | |
| | 091615  900A   SMALL,KIMBERLY F.,  P-39062 | MKS |
| | NOTICE TO APPEAR FOR DEFENDANT AND ATTORNEY REQUESTED | |
| | DISO POL SIG | MKS |
| 09/10/15 | | |
| 1 | NOTICE TO APPEAR GENERATED | |
| | DISO POL SIG | MKS |
| 09/15/15 | | |
| 1 | MISCELLANEOUS ACTION     DISO POL SIG | SRV |
| | REC'D EXPARTE MEMORANDUM AND OBJECTION TO | SRV |
| | TRACK SCHEDULING ORDER ON TRIAL DATED | SRV |
| | 9/16/15 | SRV |
| 09/16/15 | | |
| 1 | PRE-TRIAL HELD        DISO POL SIG | MKS |
| | JDG  SMALL,KIMBERLY F.,              P-39062 | MKS |
| | ORDER OF NOLLE PROSEQUI ENTERED | MKS |
| | DISMISSED ON MOTION OF CITY ATTORNEY | MKS |
| | D.ALBANO CEO #6166 | MKS |
| | FUTURE CALENDAR DATE(S) REMOVED | MKS |
| | CASE CLOSED | MKS |

***** END OF REGISTER OF ACTIONS ***** 09/21/15 11:02

# EXHIBIT C

STATE OF MICHIGAN

IN THE 48th JUDICIAL DISTRICT COURT


PEOPLE OF THE STATE OF MICHIGAN,

vs                                    District Court Case No. 15-20455

TANIA CHRIS ALEXANDER,          Circuit Court No. 15-256549-FH

                Defendant.

_____/


SWEAR TO

BEFORE MAGISTRATE HOWARD LINDEN

Bloomfield Hills, Michigan – Wednesday, September 16, 2015


APPEARANCES:


Videotape Transcription Provided By:
Deanna L. Harrison, CER 7464
Advantage Court Reporting #8526
248-742-1520

1

TABLE OF CONTENTS

WITNESSES                                              PAGE

None.


EXHIBITS                              Introduced    Admitted

None.

```
1                    Bloomfield Hills, Michigan
2                    Wednesday, September 16, 2015
3                         -    -    -
4              (At 9:30 a.m., proceedings begin)
5              THE COURT:  Let's call the case of the People
6     versus Tania -- or yeah, Tania Alexander, 15-20455.
7              Detective, your name and professional
8     affiliation?
9              JAMES GALLAGHER:  Detective Sergeant James
10    Gallagher, Bloomfield Township Police Department.
11             THE COURT:  Raise your right hand.  Do you
12    promise to tell the truth, the whole truth, and certainly
13    nothing but the truth?
14             JAMES GALLAGHER:  I do, Your Honor.
15             (At 9:30 a.m., officer sworn)
16             THE COURT:  Please proceed.
17             JAMES GALLAGHER:  Okay.  Your Honor, on June
18    16th, 2015, at approximately 10:00 a.m. in Bloomfield
19    Township, Officer Matejcik was monitoring our police
20    dispatch radio, and responded to the area -- or I'm sorry
21    -- overheard them put out a -- a broadcast for a hit and
22    run accident that had just occurred in the area of Maple
23    and Telegraph.  Officer Matejcik was in the area of
24    Telegraph and Franklin when the responsible vehicle and
25    the victim vehicle, which was following, passed him.  The
```

3

1   victim -- or the responsible vehicle was a blue and silver

2   Dodge pickup truck bearing Michigan license plate 5LKF00.

3           Officer Matejcik activated his emergency lights

4   when he got behind that vehicle, and after approximately

5   100 yards, there was no acknowledgment from the driver of

6   the pickup truck.  At that time, he activated his sirens,

7   again in a fully marked patrol car.  The driver did not

8   slow down nor turn off Telegraph Road.

9           The posted speed limit in that area was 50 miles

10  per hour.  The driver did, however, turn on the hazard

11  lights of the vehicle, but continued to drive.  The

12  vehicle continued north on Telegraph Road into the city of

13  Pontiac, where the vehicle changed lanes and got into the

14  left lane.  At that time, the vehicle stopped in the

15  middle of the road.  Officer Matejcik directed them to

16  pull off into the parking lot as a unsafe location.  The

17  driver disobeyed that order, and then continued northbound

18  on Telegraph again, again at speeds of 40 to 50 miles per

19  hour.  Activates lights and sirens a second time, at which

20  time the vehicle continued to a red light at Elizabeth

21  Lake and Telegraph; still failed to stop.  Stopped for the

22  red light; however, did not pull over for the officer.

23  The truck continued to County Center Drive, where it was

24  boxed in by our patrol cars, and at that time, the vehicle

25  was finally brought to a stop.

4

```
 1                    The driver of that vehicle at that time called
 2       911, tried to explain that she was taking her mother to
 3       the hospital because she was having difficulties
 4       breathing; however, before that 911 call was terminated,
 5       and un -- unbeknownst to the driver, Ms. Tania Chris
 6       Alexander, she could be heard in the background of the 911
 7       tape telling her mom to fake a medical emergency.  At that
 8       time, she was arrested.
 9                    I presented the case -- for -- for driving while
10       license suspended.  The -- I presented the case to the
11       Oakland County Prosecutor's Office, who issued the -- the
12       charges you have in front of you for the fleeing and
13       eludes fourth -- fourth degree, and the hit and run
14       accident.
15                    THE COURT:  Thank you, Detective.  Based upon
16       your testimony, the complaint made, and the file, I do
17       find there's probable cause certainly to sign a warrant,
18       and will do so.  If you want to come up here.
19                    JAMES GALLAGHER:  Okay.
20                    (At 9:33 a.m., proceedings concluded)
21                          -    -    -
22
23
24
25
```

5

CERTIFICATION

I certify that this transcript, consisting of six (6) pages, is a true and accurate transcription, to the best of my ability, of the video proceeding in this case before the Magistrate Howard Linden on Wednesday, September 16, 2015, as recorded by the clerk.

Videotape proceedings were recorded and were provided to this transcriptionist by the District Court and this certified reporter accepts no responsibility for any events that occurred during the above proceedings, for any inaudible and/or indiscernible responses by any person or party involved in the proceedings, or for the content of the videotape provided.

*Deanna L. Harrison*

Date:  March 4, 2016          /s/ Deanna L. Harrison, CER 7464
                              Advantage Reporting
                              1382 Laurel Valley
                              Waterford, Michigan 48327
                              (248) 742-1520

6

# EXHIBIT D

# EXHIBIT D-5



DEFENDANT'S EXHIBIT NO. C



## ...GENCY SERVICES / PHYSICIAN DOCUMENTATION

| | | | |
|---|---|---|---|
| PATIENT TYPE: | P EMERGENCY | VISIT ID | MEDICAL RECORD NUMBER |
| SERVICE: | EMERGENCY | 7000719048 | 525036 |
| ADMIT DATE: | 06/16/2015 15:06 | PREVIOUS ADMIT DATE/TIME: | 06/16/2015 10:43 |

**PATIENT**

WILLIAMS , PATRICIA
1536 PEBBLE BEACH DR
PONTIAC, MI 48340
(248)252-8029
(248)252-8029
NEXT OF KIN

04/20/1949        66Y        Female
Black or African American
WIDOWED-FEMALE
PROTESTANT
371525108

| ALLERGIES: | PRIMARY CARE PHYSICIAN | REFERRING PHYSICIAN |
|---|---|---|
| No Known Drug Allergies | GASTMAN, IRVIN J | |
| | ATTENDING PHYSICIAN | PERSON CAREGIVER |
| | | GASTMAN, IRVIN J |

COMPLAINT: Other    *abd-acites*    136/107    70    20    97.9    987.

1840: PI set.
Abdominal pack, PT, PTT, 7am
hep lock IV.
EKG

Rx:

IMPRESSION:    *Ascites    — WALKER*

RN    *T. Axyouora*    RESIDENT *Cunningham*    ATTENDING

**DISCHARGE**
- Home    2255
- Other Facility
- Law Enforcement Agency
- Observation
- OP Surgery or Cath Lab
- IP Admission

- Medical
- Surgical
- Stroke
- Cardiac
- Telemetry

- Intermediate ICU
- Intensive Care
- Geriatric Psych
- Substance Abuse
- Other        MR 365



WILLIAMS, PATRICIA
7000719048     06/16/2015 16 06
MRN:525036   Female   66Y
Admit Phy

36

## McLaren
### OAKLAND
50 North Perry
Pontiac, MI 48342

## EMERGENCY PHYSICIAN RECORD
♦ Abdominal Pain / Flank Pain ♦

TIME SEEN: 1840 ☐ on arrival    ROOM: 7    EMS Arrival
☐ EMS radio call
HISTORIAN: patient spouse paramedics ___
PCP: none    Dr. Lieb.
✓ HX / EXAM LIMITED BY: poor historian
TRANSFER FROM: _____    ☐ see transfer record

### HPI

**chief complaint:** abdominal pain    vomiting
flank pain ( R / L )    diarrhea
Sent by Dr. Lieb for
r/o ascites

**onset / duration:** ___ min / hrs /(days ago)    waxing / waning
gradual  sudden-onset
Unknown onset    persistent / worse
since ___

**timing:** (still present)  better  gone now
constant  intermittent episodes  lasting ___

**context:** out of country travel  bad food  recent trauma
Pt has hx of hepatitis and alcoholic
cirrhosis. Denies abd pain N/V/D
(fevers) pt missed appt

**severity:** max: (mild)  moderate  severe (1/10)
currently (mild)  moderate  severe (1/10)  gone

**quality:**
"pain"
aching
dull
burning
cramping
sharp
stabbing
(fullness)

**location:**
migration  ( show migration: → )    m

**associated symptoms:**
fever / chills
nausea / vomiting x___
 bloody  blood-streaks  coffee-grounds
diarrhea x___
 blood streaks  grossly bloody  mucous

sweating
loss of appetite
chest pain
testicular pain
back / neck pain

**exacerbated by:**
supine  upright position
movements  walking
cough  deep breaths
food

**relieved by:**
supine  upright position
remaining still  antacids
food  (nothing)

Similar symptoms previously ___ yes

Recently seen / treated by doctor / hospitalized had appts
Dr. Lieb today. Pt was recently from MOH on 6/8/15
Dx SBP, ascites, electrolyte abnormalities, cirrhosis

Circle (positives) backslash negatives, check ✓ normals

### ROS

**CONST**
recent illness ___
recent injury ___
**GI**
constipation ___
black / bloody stools ___

**CVS**
palpitations ___
**RESP**
shortness of breath / cough ___
hurts to breathe ___
**GU**
bloody / dark urine ___
problems urinating ___
LMP ___  preg  post menop

**MS**
joint pain ___
**SKIN**
rash ___
**LYMPH**
swollen glands ___
ankle swelling ___
**EYES**
problems with vision ___
**ENT**
sore throat ___
**NEURO**
headache ___
dizziness / light-headedness ___
**PSYCH**
anxiety / depression ___

✓ except as marked positive, all systems above reviewed and found negative

• CONST / CVS / RESP / GI components also addressed in HPI

### PAST HX    ☐ no chronic diseases
cardiac disease  Afib  CHF  CAD  MI
diabetes  Type 1  Type 2
 diet / oral / insulin
(hypertension)
peptic ulcer
gall stones
kidney stones
bladder / kidney infections
ischemic bowel risk factors:
 valvular disease  elderly
 low BP  recent MI
pancreatitis / GERD / diverticulitis

abdominal aneurysm ___
CVA / TIA  deficit ___
ectopic pregnancy ___
fecal impaction ___
(hepatitis)
(hyperlipidemia)
intestinal obstruction
ovarian cyst(s) / fibroids
pelvic infection / STD ___

✓ old records reviewed / summary ___
alcoholism, cirrhosis, cardiomyopathy
Surgeries / Procedures ___ none
appendectomy
cholecystectomy
endoscopy  upper  lower
hernia repair ( R / L )
SBO

cardiac bypass / stent
hysterectomy / BTL / C-section
tonsillectomy

Immunizations:   UTD / referred to PCP
Medications ___ none  see nurses note
aspirin within 24 hrs  coumadin  clopidogrel
NSAID ___
spironolactone

Allergies  ✓ NKDA
see nurses note

### SOCIAL HX  smoker 1/2  ppd / past / quit ___ days / mos / yrs ago
drugs past hx  alcohol (recent)(heavy) occasional
5th vodka/day

### FAMILY HX  gall stones  ovarian cysts  CAD  ulcer
kidney stones  aortic aneurysm
HTN, hyperlipidemia

© 1996 - 2010 T-System, Inc.

*PPHYT*



**STAR EMS**
Patient Care Record
Name: WILLIAMS, PATRICIA

# *Draft*

Incident #: 15-06-1922-2            Date: 06/16/2015        Patient 1 of 1

| Patient Information | | | | Clinical Impression | |
|---|---|---|---|---|---|
| Last | WILLIAMS | Address | 1536 PEBBLE BEACH DR | Primary Impression | Altered Level of Consciousness |
| First | PATRICIA | Address 2 | | Secondary Impression | |
| Middle | | City | Pontiac | Protocol Used | |
| Gender | Female | State | MI | Anatomic Position | |
| DOB | 04/20/1949 | Zip | 48340 | Chief Complaint | CONFUSION |
| Age | 66 Yrs, 1 Months, 26 Days | Country | United States | Duration | Units |
| Weight | | Tel | (248)252-8029 | Secondary Complaint | |
| Pedi Color | | Physician | | Duration | Units |
| SSN | | Ethnicity | Not Hispanic or Latino | Patient's Level of Distress | |
| Race | Black or African American | | | Signs & Symptoms | Level of Consciousness - Alteration of Awareness |
| Advanced Directive | | | | | |
| Resident Status | | | | | |
| | | | | Injury | - - - |
| | | | | Medical/Trauma | |
| | | | | Barriers of Care | |
| | | | | Alcohol/Drugs | |

| Medication/Allergies/History | |
|---|---|
| Medication | Prescription |
| Allergies | NKDA |
| History | Other - SCHIORSIS  HEP C - ALCOHOL ABUSE, Hypertension |

| Vital Signs | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V +M)/Qualifier | RTS | PTS |
| PTA | | | | 124/91 A | 71 R | 18 R | 99 | | | | | | | | |

| Initial Assessment | | |
|---|---|---|
| Mental Status | ⊙Confused, Place Oriented | |
| | ⊙Combative, Event Oriented, Hallucinations, Other, Person Oriented, Time Oriented, Unresponsive | |
| Skin | No Abnormalities | |
| HEENT | Head/Face | No Abnormalities |
| | Eyes | No Abnormalities |
| | Neck | No Abnormalities |
| Chest | Chest | No Abnormalities |
| | Heart Sounds | No Abnormalities |
| | Lung Sounds | No Abnormalities |
| Abdomen | General | No Abnormalities |
| | Left Upper | No Abnormalities |
| | Right Upper | No Abnormalities |
| | Left Lower | No Abnormalities |
| | Right Lower | No Abnormalities |
| Back | Cervical | Not Assessed |
| | Thoracic | Not Assessed |
| | Lumbar/Sacral | Not Assessed |
| Pelvis/GU/GI | Not Assessed | |
| Extremities | Left Arm | Not Assessed |
| | Right Arm | Not Assessed |
| | Left Leg | Not Assessed |
| | Right Leg | Not Assessed |
| | Pulse | Not Assessed |
| | Capillary Refill | Not Assessed |
| Neurological | Not Assessed | |

Assessment Time:   06/16/2015 10:21

| Ongoing Assessment |
|---|

Page 1 of 3                                    Printed 6/16/2015 11:22:37

WILLIAMS , PATRICIA        DOB 04/20/1949
7000718836              06/16/2015 10:43
MRN 525036  Female  66Y
Admit Phy

**STAR EMS**
Patient Care Record
Name: WILLIAMS, PATRICIA

# *Draft*

Incident #: 15-06-1922-2          Date: 06/16/2015          Patient 1 of 1

| Mental Status | ⊕Confused, Place Oriented |
|---|---|
| | ⊖Combative, Event Oriented, Hallucinations, Other, Person Oriented, Time Oriented, Unresponsive |

| Skin | | No Abnormalities |
|---|---|---|
| HEENT | Head/Face | No Abnormalities |
| | Eyes | No Abnormalities |
| | Neck | No Abnormalities |
| Chest | Chest | No Abnormalities |
| | Heart Sounds | No Abnormalities |
| | Lung Sounds | No Abnormalities |
| Abdomen | General | Not Assessed |
| | Left Upper | Not Assessed |
| | Right Upper | Not Assessed |
| | Left Lower | Not Assessed |
| | Right Lower | Not Assessed |
| Back | Cervical | Not Assessed |
| | Thoracic | Not Assessed |
| | Lumbar/Sacral | Not Assessed |
| Pelvis/GU/GI | | Not Assessed |
| Extremities | Left Arm | No Abnormalities |
| | Right Arm | No Abnormalities |
| | Left Leg | No Abnormalities |
| | Right Leg | No Abnormalities |
| | Pulse | ⊕Brachial: 2+ Normal, Carotid: 2+ Normal, Femoral: 2+ Normal, Pedal: 2+ Normal, Radial: 2+ Normal |
| | Capillary Refill | ⊖Left Lower: 3 Sec, Left Upper: 3 Sec, Right Lower: 3 Sec, Right Upper: 3 Sec. |
| Neurological | | No Abnormalities |

Assessment Time:  06/16/2015 10:26

**Narrative**

D- 522 DISPATCHED TO TELEGRAPH RD AND COUNTY CENTER DR FOR MVA, DOWNGRADED EN ROUTE.
A- PT FOUND ON STRETCHER UNDER CARE OF CREW ON SCENE.
C- PT COMPLAINED OF BEING CONFUSED.
H- PT WAS IN VEHICLE GOING TO DR. APPOINTMENT.
A- PT IS CONFUSED AND IS A&OX1, VITALS OBTAINED.
R- PT PLACED IN POC AND MONITORED FOR DURATION OF TRANSPORT.
T- PT TRANSPORTED TO MCLAREN- OAKLAND, NO LIGHTS/SIRENS, PT IN NO APPARENT DISTRESS AND TRANSPORTED WITHOUT INCIDENT.
EOR AM.

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| Location | | Disposition | Transported No Lights/Siren | PSAP Call | |
| Address | N. TELEGRAPH RD. | Transport Due To | Patient | Dispatch Notified | |
| Address 2 | COUNTY CENTER DR | Transported To | MCLAREN HOSPITAL OAKLAND | Call Received | 10:12:00 |
| City | Pontiac | Requested By | Family | Dispatched | 10:12:00 |
| State | MI | Destination Type | Hospital ER | En Route | 10:13:00 |
| Zip | 48340 | Address | 50 N Perry St | Resp on Scene | |
| Medic Unit | 522 | Address 2 | | On Scene | 10:20:00 |
| Run Type | 911 Response (Emergency) | City | Pontiac | At Patient | 10:21:00 |
| Priority Scene | Lights/Sirens, Downgraded | State | MI | Depart Scene | 10:25:00 |
| Shift | BLS 08:30 - 16:30 | Zip | 48342 | At Destination | 10:35:00 |
| Zone | | Zone | | Pt Transferred | |
| Level of Service | | Condition at Destination | | Call Closed | |
| EMD Complaint | Traffic Accident | Destination Record # | | In District | |
| EMD Card Number | | Trauma Registry ID | | | |

DOB. 04/20/1949
WILLIAMS , PATRICIA
7000718836          06/16/2015 10:43
MRN:525036  Female   66Y
Admit Phy .

**STAR EMS**
Patient Care Record
Name: WILLIAMS, PATRICIA

# *Draft*

Incident #: 15-06-1922-2      Date: 06/16/2015      Patient 1 of 1

## Crew Members

| Personnel | Role |
|---|---|
| ,MCCONNELL, AMBER | Lead |
| EMT-Basic (Michigan)-3203057745 | |
| HARRIS, KIMBERLY | Driver |
| EMT-Basic (Michigan)-3203044083 | |

## Insurance Details

| Insured's Name | | Primary Payer | | Dispatch Nature | |
|---|---|---|---|---|---|
| Relationship To Patient | | Medicare | | Response Urgency | |
| Address1 | | Medicaid | | Job Related Injury | |
| Address2 | | Primary Insurance | | Employer | |
| Address3 | | Policy # | | Contact | |
| City | | Group # | | Phone | |
| State | | Secondary Ins | | | |
| Zip | | Policy # | | | |
| Country | | Group # | | | |

| Mileage | | Delays | | Additional Agencies | |
|---|---|---|---|---|---|
| Scene | 0.0 | Category | Delays | | |
| Destination | 4.1 | | | | |
| Loaded Miles | 4.1 | | | | |
| Start | | | | | |
| End | | | | | |
| Total Miles | 0.0 | | | | |

Page 3 of 3                Printed 6/16/2015 11:22:37

WILLIAMS , PATRICIA   DOB: 04/20/1949
7000718836   06/16/2015 10.43
MRN:525036   Female   66Y
Admit Phy:

# McLaren Oakland
## Imaging Department
50 North Perry st.
Pontiac, Mi 48342
248-338-5604

**Patient Name:** WILLIAMS, PATRICIA                  **Procedure #:** 381356

**Med Rec #:** 525036
**Patient Location:** P ROOMS-P 26                    **Visit ID:** 7000718836
**DOB:** 04/20/1949        **Gender:** F       **Age:** 66Y      **Patient Type:** P EMERGENCY
                                                      **Phone:** (248)252-8029

**Exam Reason: altered mental status**
  **Order Phys:** GEORGE DO, CHRISTINA            **Read By:** KENDRA, JEREMY S
  **Consulting Phys:**
  **Procedure:** 06/16/15 10:53 CT Head without contrast

EXAM:
CT head without contrast

DATE/TIME:
06/16/2015 at 11:16

INDICATION:
Altered mental status

COMPARISON:
None

TECHNIQUE:
Contiguous axial CT images were obtained from the vertex through the skull
base without the administration of IV contrast.

FINDINGS:
Brain volume is age appropriate. No mass effect or midline shift. No
intracranial hemorrhage or extra-axial fluid collection. Ventricles have a
normal morphology, and are without effacement. No definitive CT evidence for
acute, territorial infarction.

Calvarium is intact. Orbital contents are symmetric. Visualized portions of
the paranasal sinuses and mastoid air cells are well-aerated.

IMPRESSION:
No acute intracranial process.

*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
6/16/2015 4:27 PM: Derek G McAllister, DO
6/17/2015 1:56 PM: Jeremy Kendra, M.D.

I have personally reviewed the images and agree with and/or edited the report
transcribed.

**Transcribed:** 06/17/2015 14:01 **By:** KENDRA, JEREMY S.              **Visit ID: 7000718836**

*Confidentiality Notice:* The information contained in this facsimile may be privileged and confidential. It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

## McLaren Oakland
## Imaging Department
50 North Perry st.
Pontiac, Mi 48342
248-338-5604

**Patient Name**: WILLIAMS, PATRICIA                    **Procedure #**: 381356

D  06/16/2015  16:27
T  06/16/2015  16:27
J  6718615  DGM/dm

**Signed By: KENDRA, JEREMY S.**
Date:  06/17/2015 14:01

*Confidentiality Notice*: The information contained in this facsimile may be privileged and confidential.  It is intended only for the use of the individual or entity to whom it was sent.  If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

DOB: 04/20/1949
WILLIAMS , PATRICIA
7000718836    06/16/2015 10:43
MRN:525036  Female  66Y
Admit Phy:

## McLaren
### OAKLAND
50 North Perry
Pontiac, MI 48342

**EMERGENCY PHYSICIAN RECORD**
**MVC**

17

TIME SEEN _____ ☐ on arrival  ROOM _____  (EMS Arrival)
☐ EMS radio call
HISTORIAN: patient  spouse  (paramedics) ____ Leib
PCP: none _____
___ HX / ___ EXAM LIMITED BY:_____

### HPI

**chief complaint:** (MVC)  motorcycle / ATV
injury to: _____

| onset / duration: | position in vehicle: |
|---|---|
| (just PTA) today  yesterday | driver (passenger) front  back |
| min / hrs / days ago | |

**context:** car collision  overturned vehicle
single-___ car accident ( lost control / fell asleep / unknown cause )
motorcycle / ATV accident
unknown - hit/run - MVC earlier today
pr does not recall

| location of pain / injuries: None | -right- | -left- |
|---|---|---|
| | shldr  hip | shldr  hip |
| head  face  mouth | arm  thigh | arm  thigh |
| neck  chest  abdomen | elbow  knee | elbow  knee |
| back  upper  mid  lower | f-arm  leg | f-arm  leg |
| radiating to ( R / L ) thigh / leg | wrist  ankle | wrist  ankle |
| | hand  foot | hand  foot |

**severity of pain:** (mild)  moderate  severe  (1/10) _____
**associated symptoms:** dizziness
lost consciousness / dazed  seizure  (memory impairment)
duration _____  remembers _____  impact  coming to hospital

| site of impact: | restraints: |
|---|---|
| "P" = primary  "S" = secondary | none  (lap) (shoulder) |
| | doesn't recall  air bag deployed |
| | car seat  helmeted |
| | thrown from vehicle |
| [car diagram] Unknown | long extrication |
| force  low  mod. high | ambulated at scene |
| direct  glancing | |

### ROS

CONST - recent illness / fever _____
NEURO - numbness / weakness _____
MS - neck / back pain _____
RESP - shortness of breath / cough _____
GU - problems urinating _____
LNMP _____  preg  post-menop _____
☑ except as marked positive, all systems above reviewed and found negative

GI - nausea / vomiting _____
LYMPH - ankle swelling _____
EYE - problems with vision _____
ENT - nasal drainage _____
SKIN - rash _____
PSYCH - anxiety / depression _____

• NEURO / MS components also addressed in HPI

### PAST HX ___ no chronic diseases
cardiac disease  Afib  CAD  CHF  MI (hypertension)
diabetes  Type I  Type 2 _____  (hepatitis) / HIV _____
diet / oral / insulin _____
old records reviewed / summary: _____

Tetanus immun.  UTD / last in ED _____
Meds: ___ none / see nurses note  aspirin  coumadin  clopidogrel ___
Allergies: ___ NKDA / see nurses note _____

### SOCIAL HX ___ smoker ___ ppd / past / quit ___ days / mos / yrs ago
drugs _____  alcohol (recent / heavy / occasional)
### FAMILY HX ___ negative

Circle (positives,) backslash negatives, check √ normals

---

☑ Nursing Assessment: Reviewed  ☑ Vitals Reviewed

## PHYSICAL EXAM
**General Appearance** ___ c-collar / backboard ( PTA / in ED )
___ no acute distress  (mild) / moderate / severe distress
___ alert  ___ anxious / lethargic / unconscious _____
**HEAD** ___ see diagram _____
___ no evidence of  ___ raccoon eyes / Battle's sign _____
trauma
**NECK** ___ see diagram _____
___ non-tender  ___ decreased / limited ROM _____
___ painless ROM  ___ pain on movement of neck _____
___ trachea midline

(Nexus criteria neg)  ___ midline tenderness / distracting injury _____
___ altered mental status / recent ETOH _____
___ focal neuro deficit _____

[face diagram]

**EYES** ___ unequal pupils  R- ___ mm  L- ___ mm
___ PERRL  ___ EOM entrapment / palsy _____
___ EOMI  ___ subconjunctival hemorrhage _____
**ENT** ___ hemotympanum / TM obscured by wax _____
___ nml ext inspection  ___ clotted nasal blood _____
___ airway nml  ___ dental injury / malocclusion _____
___ no dental / oral inj
**RESP / CVS** ___ see diagram _____
___ chest non-tender  ___ rib tenderness / palpable fracture _____
___ no ecchymosis  ___ crepitus / subcutaneous emphysema _____
___ breath sounds nml  ___ splinting / paradoxical movements _____
___ no resp. distress  ___ decreased breath sounds _____
___ heart sounds nml  ___ wheezes / rales / rhonchi _____
___ tachycardia / bradycardia _____
**ABDOMEN** ___ see diagram _____
___ non-tender  ___ tenderness / guarding / rebound _____
___ no distension  ___ mass _____
**GENITAL / RECTAL** ___ perineal hematoma _____
___ nml ext. inspection  ___ blood at urethral meatus _____
___ nml rectal tone  ___ decreased rectal tone _____
___ heme negative stool  ___ vaginal bleeding _____
___ prostate nml position  ___ catheter present _____
**NEURO / PSYCH** ___ disoriented to: person  place  time  (situation)
___ oriented x4  ___ facial asymmetry _____
___ CN's nml (2-10)  ___ unsteady / ataxic gait _____
___ sensation nml  ___ sensory / motor deficit _____
___ motor nml  ___ repeats questions _____
___ mood / affect nml  ___ depressed mood / affect _____

A/O x3

[stick figure diagram] Reflexes

**Glasgow Coma Score** ___ SCORE= 15
Eyes Open: spontaneous (4)  to voice (3)  to pain (2)  none (1)
Speech: nml (5)  disoriented (4)  inapprop. (3)  incoherent (2)  none (1)
Motor: nml (6)  localizes (5)  withdraws (4)  flexor (3)  exten (2)  none (1)

© 1996 - 2010 T-System, Inc.

[barcode]  * PPHYT *



12/16T TO 20 9TT 8/

☐ Nursing Assessment Reviewed ☑ Vital signs reviewed _____

**PHYSICAL EXAM**

WILLIAMS , PATRICIA
7000719048    06/16/2015 16:06
MRN 525036  Female  66Y
Admit Phy: _____
DOB: 04/20/1949

© 1996 - 2010 T-System, Inc.

**General Appearance**
__ no acute distress
__ alert
__ mild / moderate / severe distress _____
__ anxious / lethargic _____

**EENT**
__ eyes inspection nml
☑ ENT inspection nml
__ pharynx nml
__ scleral icterus / pale conjunctivae _____
__ EOM palsy / anisocoria _____
__ pharyngeal erythema _____
__ abnml TM / hearing deficit _____

**NECK**
__ nml inspection
__ thyromegaly / lymphadenopathy _____

**RESPIRATORY**
__ no resp. distress
__ breath sounds nml
__ wheezes / rales / rhonchi _____

**CVS**
__ reg. rate & rhythm
__ heart sounds nml
__ equal pulses / full
__ irregularly irregular rhythm _____
__ tachycardia / bradycardia _____
__ no present _____
__ gallop ( S3 / S4 )
__ murmur grade ___ /6  sys / dias ___
__ decreased pulse(s) _____
R / L  radial ___ fem ___ dors ped ___

[diagram of torso with T = tenderness  G = guarding, R = rebound  m = mild, mod = moderate, sv = severe]

**ABDOMEN / GU**
__ soft, non-tender
__ no organomegaly
☑ nml bowel sounds
__ no abdominal bruit
__ no pulsatile mass
__ rigid / distended
__ tenderness / guarding / rebound _____
__ hepatomegaly / splenomegaly / mass _____
__ abnml bowel sounds _____
increased / decreased / absent / tympanic
__ prominent aortic pulsations _____
__ McBurney's point tenderness _____
__ psoas / Rovsing's sign / obturator sign _____
__ catheter present _____

**PELVIS EXAM**
__ external exam nml
__ speculum exam nml
__ bimanual exam nml
__ vaginal bleeding / discharge _____
__ cervical motion tenderness _____
__ adnexal tenderness / mass ( R / L ) _____
__ enlarged / tender uterus _____

**MALE GENITAL**
__ nml inspection
__ tenderness / swelling  testicular / inguinal _____

**RECTAL**
__ non-tender
__ heme neg stool
__ black / bloody / heme pos. stool _____
__ tenderness _____
__ fecal impaction _____

**BACK**
__ nml inspection
__ CVA tenderness _____

**SKIN**
__ color nml, no rash
__ warm, dry
__ intact
__ cyanosis / diaphoresis / pallor _____
__ skin rash  zoster-like _____
__ embolic lesions / signs of IVDA _____
__ pressure ulcer  location _____

**EXTREMITIES**
__ non-tender
__ nml ROM
__ no pedal edema
__ pedal edema _____
__ calf tenderness _____
__ Homan's sign _____

**NEURO / PSYCH**
__ oriented x4
__ CN's nml (2-10)
__ motor nml
__ sensation nml
__ mood / affect nml
__ disoriented to _____
person  place  time  situation
__ weakness / sensory loss  facial droop _____
__ speech / cognition abnormalities _____
__ depressed mood / affect _____

**EKG**

**RHYTHM STRIP** __ NSR  __ Rate _____
**EKG** __ NML  __ Interp. by me  __ Viewed by me  __ Discsd w/ cardiologist
Rate _____  TIMI Score _____
__ NSR  __ nml intervals  __ nml axis  __ nml QRS  __ nml ST/T
home __ DM
not / changed from _____ repeat EKG __ unchanged

Abdominal Pain – 36

**LABS & XRAYS**

| CBC | Chemistries | Lipase 481 | Rh __ |
|---|---|---|---|
| normal except | normal except | Amylase 75 | |
| WBC 10.16 | Na 138 | Alk Phos 104 | UA |
| Hgb 10.9 | K 5.2 | AST 30 | normal except |
| Hct 35 | CO2 21 | ALT 14 | WBC __ |
| Platelets 237 | Gluc 88 | HCG | RBC __ |
| segs | BUN ↓ 35 | serum / urine | bacteria |
| bands | Creat ↓ 1.1 | POS  NEG | dip: __ |

**XRAYS** – ☐ Interp. by me  ☐ Viewed by me  ☐ Discsd w/ radiologist
__ KUB  __ upright abd  __ 3-view  __ CXR  pa/lat  ap
__ nml / NAD  __ nml bowel gas  __ no free air  __ no mass
__ no infiltrates  __ nml heart size  __ nml mediastinum

**CT Scan  abd / pelvis**
☐ Interp. by me  ☐ Viewed by me  ☐ Discsd w/ radiologist
__ nml

**Ultrasound** __ nml / NAD
**Pulse Ox** 97 % on RA  L O₂  Interp. nml / hypoxic  Time 1700

**PROGRESS**

Time __ unchanged __ improved __ re-examined
DM  1714 Spoke c Dr. Lieb okay c D/c home
   Will see pt tomorrow morning in
   office at 0845 am.

◆ CP - EKG / ASA
◆ AMI - EKG / ASA / Thrombolytics / PCI / transfer   1715 daughter will come pick
◆ Pregnancy - HCG / US     up. and take her
◆ Rh Negative Pregnancy - Rhogam    to Dr. Lieb tom.
   measure exclusions: refused / not indicated / contraindicated / not available

Discussed with Dr __ Lieb    Additional history from: daughter
   will see patient in: ED / hospital / office  family caretaker paramedics  over
Counseled patient / family regarding: __ Rx given    phone
lab / rad results / diagnosis / need for follow-up
CRIT CARE TIME: (excluding separately billable procedures) __ min

_____ MD / DO
Resident

**FACULTY NOTE:**
☑ I saw & evaluated the pt. Discussed w/resident & __ agree or __ disagree
with resident's findings & plan as noted by the resident. My personal
findings are  HX- _____
PX- _____

**CLINICAL IMPRESSION:**
Abdominal Pain - acute
   (location) _____
◆ Chest Pain - acute
   precordial / pleuritic / chest wall
Vomiting / Diarrhea
◆ Myocardial Infarction - acute
   NSTEMI  STEMI (location) _____
Appendicitis
Aortic Aneurysm - ruptured
Bowel Perforation / Obstruction
Cholecystitis / Biliary Colic

Diverticulitis - acute
◆ Ectopic Pregnancy - ruptured
◆ Intrauterine Pregnancy
Mesenteric Ischemia - acute
Ovarian Cyst - ruptured  torsed
Pancreatitis - acute
Pelvic Inflammatory Disease
Peptic Ulcer Disease
Testicular Torsion  R / L
Ureterolithiasis / Renal Colic
UTI / Pyelonephritis

Ascites

I was present during:
☐ entire procedure(s) listed _____
☐ all critical/key portions of the procedure(s) listed _____
**DISPOSITION DECISION TIME:** _____  ☐ home  ☐ transfer __
   ☐ admit  __ POA  pressure ulcer (LUTI (foley)
**CONDITION-** ☐ unchanged ☐ improved ☑ stable
Care transferred to Dr _____  Time: _____

_____ MD / DO
Attending

☐ Template Complete    ☐ See Addendum (Dictated / Template # _____)

◆ Reportable Measures

DM - Minter, David DO Tue Jul 21 06 38 03 EDT 2015

 **McLaren**
OAKLAND





# EMERGENCY SERVICES / PHYSICIAN DOCUMENTATION

| | |
|---|---|
| PATIENT TYPE: **P EMERGENCY** | VISIT ID   **7000718836**   MEDICAL RECORD NUMBER   **525036** |
| SERVICE:  **EMERGENCY** | |
| ADMIT DATE:  **06/16/2015 10:43** | PREVIOUS ADMIT DATE/TIME   **05/30/2015 03:36** |

**PATIENT**

**WILLIAMS , PATRICIA**
**1536 PEBBLE BEACH DR**
**PONTIAC, MI 48340**
**(248)252-8029**
**(248)252-8029**

**04/20/1949**        **66Y**        **Female**
**Black or African American**
**WIDOWED-FEMALE**
**PROTESTANT**
**371525108**

NEXT OF KIN

| ALLERGIES: | PRIMARY CARE PHYSICIAN | REFERRING PHYSICIAN |
|---|---|---|
| **No Known Drug Allergies** | **GASTMAN, IRVIN J** | , |
| | ATTENDING PHYSICIAN | PERSON CAREGIVER |
| | , | **GASTMAN, IRVIN J** |

COMPLAINT:   **MVC - Car**

Exam 1044

1050 - head CT c̄/o contrast

Rx:

IMPRESSION:   Concussion c̄/o LOC

RN _____        RESIDENT· George        ATTENDING _____

**DISCHARGE**
- Home
- Other Facility _____
- Law Enforcement Agency
- Observation
- OP Surgery or Cath Lab
- IP Admission

- Medical
- Surgical
- Stroke
- Cardiac
- Telemetry

- Intermediate ICU
- Intensive Care
- Geriatric Psych
- Substance Abuse
- Other                MR 365



**SKIN**
- ✓ intact
- ✓ warm, dry

___ see diagram
___ ecchymosis / laceration
___ crepitus / diaphoresis
___ pressure ulcer  location _____

**BACK**
- ✓ no CVA tenderness
- ✓ no vertebral tenderness

___ see diagram
___ vertebral point / CVA tenderness
___ muscle spasm / limited ROM _____

**EXTREMITIES**
- ✓ atraumatic
- ✓ pelvis stable
- ✓ hips non-tender
- ✓ no pedal edema
- ✓ nml ROM
- ✓ nml color / temp

___ see diagram
___ bony point-tenderness _____
___ painful / unable to bear weight _____
___ pulse deficit _____

Joint Exam
___ limited ROM / ligaments laxity _____
___ joint effusion _____

T=Tenderness  PT=Point Tenderness  S=Swelling  E=Ecchymosis  B=Burn
C=Contusion  L=Laceration  A=Abrasion  M=Muscle spasm  PW=Puncture Wound
(O = without  m=mild  mod=moderate  s=severe)

## PROCEDURES

**Wound Description / Repair:**  Time: _____
length _____ cm   location _____
linear   stellate   irregular   flap   into: subcut / muscle
clean   contaminated  moderately / heavily _____
distal NVT:  neuro / vasc intact   no tendon injury
anesthesia:  local   topical _____  lidocaine / bupivacaine  epi / bicarb
   digital block
prep:  Hibiclens / Shur-Clens / Betadine
irrigated with saline   debrided  mod. /extensive
wound explored   wound margins revised
   to base / in bloodless field   multiple flaps aligned
foreign body identified
foreign material removed
repair:  Wound closed with:  adhesive / steri-strips   no closure required
   SKIN-   # _____ -0  nylon / prolene / staples
   SUBCUT-   # _____ -0  vicryl / chromic
   OTHER-   # _____ -0

## LABS

| CBC | Chemistries | UA | ETOH |
|---|---|---|---|
| normal except | normal except | normal except | TOX _____ |
| WBC _____ | Na _____ | | |
| Hgb _____ | K _____ | | |
| Hct _____ | CO2 _____ | HCG _____ | PT/PTT _____ |
| Platelets _____ | Gluc _____ | serum / urine | INR _____ |
| | BUN _____ | POS  NEG | |
| | Creat _____ | | |

---

WILLIAMS , PATRICIA   DOB 04/20/1949
7000718836
MRN 525036   06/16/2015 10:43
   Female   66Y
Admit Phy:

## EKG & XRAYS

**EKG**  ___ NML  ☐Interp. by me  ☐Viewed by me  ☐Discsd w/ cardiologist
Rate _____
___ NSR  ___ nml intervals  ___ nml axis  ___ nml QRS  ___ nml ST/T

**XRAYS**  ☐interp. by me  ☐Viewed by me  ☐Discsd w/ radiologist
C-spine   T-spine   LS-spine   pelvis
___ nml / NAD  ___ no fracture  ___ nml alignment  ___ soft tissues nml

**CXR**
___ nml / NAD  ___ no pneumothorax  ___ nml heart size  ___ nml mediastinum

**CT Scan**  ☐ Interp. by me  ☐Viewed by me  ☐Discsd w/ radiologist
head   C-spine   chest   abdomen / pelvis
___ nml / NAD
   No bleed no shft

**Ultrasound / FAST Exam**
___ nml / NAD

**Other** _____

## PROGRESS

Time _____   unchanged   improved   re-examined

*Dennis Paw cannot crt connect prasiant oriented only to person*
*EK cuff semini 95 +3/4 Sesrull*
*mumua*

Discussed with Dr _____   Additional history from:
will see patient in:  ED / hospital / office   family / paramedics
Counseled patient / family regarding:   Rx given _____
lab / rad. results / diagnosis / need for follow-up

CRIT CARE TIME  (excluding separately billable procedures) _____ min

C _____   MD / DO
   Resident

**FACULTY NOTE:**
☑ Saw & evaluated the pt.  Discussed w/resident &  agree of  disagree
with resident's findings & plan as noted by the resident.  My personal
findings are:  HX _____
PX _____
**CLINICAL IMPRESSION:** _____
Abrasion _____
Concussion with LOC  w/o LOC _____
Contusion _____
Laceration _____
Fracture _____
Sprain / Strain  cervical  thoracic  lumbosacral _____

I was present during:
☐ entire procedure(s) listed _____
☐ all critical/key portions of the procedure(s) listed _____
DISPOSITION DECISION TIME: _____  ☐ home  ☐ transfer _____
   ☐ admit  POA pressure ulcer / DTI (foley)
CONDITION: ___ unchanged ☐ improved ☑ stable
Care transferred to Dr _____   Time: _____

_____   MD / DO
   Attending

☐ Template Complete  ☐ See Addendum (Dictated / Template # _____ )

---

© 1996 - 2010 T-System, Inc.

MVC - 17

# EXHIBIT D-17

# SERVICE HISTORY REPORT

Wednesday 13:18:00

Srv Dt 06/01/2015 - 06/08/2016 Clm Type: System Summary Procedure Code Use OT Proc code

**WATERFORD MEDICAL ASSOCIATES PC**
3560 PONTIAC LAKE ROAD
WATERFORD, MI 48328-2337
248-674-2259

**JOEL K LEIB DO**
Tax ID: 381983584

**PATRICIA WILLIAMS**
19191 ELDRIDGE LN
SOUTHFIELD, MI 48076

Account No: 28830
Cash: 0.00
Insurance: 0.00

| Date | Codes | Procedure | Qty | Amount |
|---|---|---|---|---|
| 06/02/15 | 5849,78791,2761,28860 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 06/03/15 | 5849,78791,2761,28860 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 06/04/15 | 5849,78791,2761,28860 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 06/05/15 | 5849,78791,2761,28860 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 06/06/15 | 5849,78791,2761,28860 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 06/08/15 | 5849,78791,2761,28860 | 99238 HOSPITAL DISCHARGE | 1 | 150.00 |
| 06/17/15 | 40210,3319,5710,4019 | 99496 TRANSITIONAL CARE MGMT-HIGH COMPLEX | 1 25 | 300.00 |
| 06/17/15 | 40210,3319,5710,4019 | 99213 OFFICE VISIT, EXPANDED, EST | 1 | 85.00 |
| 06/17/15 | 5920,5990 | 81002 URINALYSIS NONAUTO-W/O MICRO | 1 | 5.00 |
| 06/24/15 | 40210,3319,5710,496 | 99214 OFFICE VISIT, DETAILED, EST | 1 25 | 128.00 |
| 06/24/15 | 29010 | 96116 MME | 1 | 95.00 |
| 08/07/15 | 5715,4599,4011,57420 | 99222 INITIAL HOSPITAL CARE MODERAT | 1 | 175.00 |
| 08/08/15 | 5715,4599,4011,57420 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 08/10/15 | 5715,4599,4011,57420 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 08/11/15 | 5715,4599,4011,57420 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 08/12/15 | 5715,4599,4011,57420 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 08/13/15 | 5715,4599,4011,57420 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 08/14/15 | 5715,4599,4011,57420 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 08/15/15 | 5715,4599,4011,57420 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 08/17/15 | 5715,4599,4011,57420 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 08/18/15 | 5715,4599,4011,57420 | 99238 HOSPITAL DISCHARGE | 1 | 150.00 |
| 09/04/15 | 34982,28860,4589,53081 | 99222 INITIAL HOSPITAL CARE MODERAT | 1 | 175.00 |
| 09/05/15 | 34982,28860,4589,53081 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 09/07/15 | 34982,28860,4589,53081 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 09/08/15 | 34982,28860,4589,53081 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 09/09/15 | 34982,28860,4589,53081 | 99231 HOSPITAL VISIT IN PATIENT | 1 | 75.00 |
| 09/10/15 | 34982,28860,4589,53081 | 99238 HOSPITAL DISCHARGE | 1 | 150.00 |

# SERVICE HISTORY REPORT

Printed on  06/08/2016 Wednesday 13:18:07

Srv Dt: 06/01/2015 - 06/08/2016 Clm Type: System Summary Procedure Code Use OT Proc code

**WATERFORD MEDICAL ASSOCIATES PC**
3560 PONTIAC LAKE ROAD
WATERFORD, MI 48328-2337
248-674-2259

**JOEL K LEIB  DO**
Tax ID: 381983584

**PATRICIA WILLIAMS**
19191 ELDRIDGE LN
SOUTHFIELD, MI 48076

| Account No: | 28830 |
| Cash: | 0.00 |
| Insurance: | 0.00 |

| | | | |
|---|---|---|---|
| 10/02/15 | SRVCHR SERVICE CHARGE | 1 | 5.00 |
| 11/03/15 | SRVCHR SERVICE CHARGE | 1 | 5.00 |
| 12/01/15 | SRVCHR SERVICE CHARGE | 1 | 5.00 |
| 01/04/16 | SRVCHR SERVICE CHARGE | 1 | 5.00 |
| 02/01/16 | SRVCHR SERVICE CHARGE | 1 | 5.00 |
| 03/01/16 | SRVCHR SERVICE CHARGE | 1 | 5.00 |
| 05/02/16 | SRVCHR SERVICE CHARGE | 1 | 5.00 |

Note:  Total payments/adjustments is based on payments/adjustments
made during the given date range including the payment made to procedures
outside the range

| Total Patient Payments: | 125.34 |
|---|---|
| Total Insurance Payments: | 1,866.23 |
| Total Adjustments: | -1,296.43 |

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
TANIA CHRIS ALEXANDER

**DEFENDANTS**
BLOOMFIELD TOWNSHIP ET AL

**(b)** County of Residence of First Listed Plaintiff   OAKLAND   *26125*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   OAKLAND   *2612S*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
19191 ELDRIDGE LANE
SOUTHFIELD, MICHIGAN 48076

Attorneys *(If Known)*
CHARLES D. SNELL
27555 Executive Dr Ste 250
Farmington Hills, Michigan

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 2   U.S. Government Defendant
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625
- ☐ 690

Case: 4:17-cv-12759
Judge: Leitman, Matthew F.
MJ: Majzoub, Mona K.
Filed: 08-22-2017 At 03:40 PM
CMP ALEXANDER V. CITY OF BLOOMFIELD
TOWNSHIP ET AL (DA)

**BANKRUPTCY**

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ... Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
TITLE 42 1983
Brief description of cause:
1983 claim

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE       DOCKET NUMBER

DATE
August 22, 2017

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

# PURSUANT TO LOCAL RULE 83.11

1.       Is this a case that has been previously dismissed?      ☐ Yes

                                                                                        ■ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.       Other than stated above, are there any pending or previously        ☐ Yes
                discontinued or dismissed companion cases in this or any other     ■ No
                court, including state court? (Companion cases are matters in which
                it appears substantially similar evidence will be offered or the same
                or related parties are present and the cases arise out of the same
                *transaction or occurrence.)*

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


*Notes :*

# New Lawsuit Check List

**Instructions:** Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

☑ Two (2) completed **Civil Cover Sheets.**

☑ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

___4___ + 2 = ___3___ **Complaints.**
# of Defendants     Total

Received by Clerk: _NA_ Addresses are complete: _✓_

Case: 4:17-cv-12759
Judge: Leitman, Matthew F.
MJ: Majzoub, Mona K.
Filed: 08-22-2017 At 03:40 PM
CMP ALEXANDER V. CITY OF BLOOMFIELD TOWNSHIP ET AL (DA)

☐ If any of your defendants are **government agencies:**
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| **If Paying The Filing Fee:** | **If Asking That The Filing Fee Be Waived:** |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____ Receipt #:_____ | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br><br>Received by Clerk: _NA_ |

## Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal<br>(Only available if fee is waived) | Service via Waiver of Summons<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☑ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br><br><br><br><br>Received by Clerk _NA_<br><br>_Def._ | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br><u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

### Clerk's Office Use Only

Note any deficiencies here: Not enough copies of complaint for service. filer stated that only 4 of the 5 dfts have charges against them only provided 3 summons with one address. Filer wants to do service himself.

Rev. 4/13