UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TANIA CHRIS ALEXANDER,

    Plaintiff,

v.

CITY OF BLOOMFIELD TOWNSHIP,
*et al.*,

    Defendants.
_____/

Case No. 17-cv-12759
Hon. Matthew F. Leitman

### ORDER (1) GRANTING BLOOMFIELD TOWNSHIP DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF #33), (2) GRANTING DEFENDANT MCLAREN HOSPITAL'S MOTION TO DISMISS (ECF #26), AND (3) DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (ECF #28)

In this action, Plaintiff Tania Chris Alexander ("Plaintiff") asserts that Bloomfield Township officers violated her Fourth Amendment rights. (*See* Compl., ECF #1.) Plaintiff includes McLaren Hospital in the caption as a Defendant but does not make any substantive allegations against McLaren Hospital.

On November 27, 2017, Defendant McLaren Hospital filed a motion to dismiss. (*See* ECF #26.) On December 7, 2017, Plaintiff filed a motion for leave to file a First Amended Complaint. (*See* ECF #29.) On January 15, 2018, Defendants City of Bloomfield Township, Bloomfield Police Department, Officer Matejcik, and

1

Sergeant Gallagher (the "Bloomfield Township Defendants") filed a motion for summary judgment. (*See* ECF #33.)

On March 12, 2018, the assigned Magistrate Judge issued a Report and Recommendation recommending that the Court grant McLaren Hospital's motion to dismiss, grant the Bloomfield Township Defendants' motion for summary judgment, and deny Plaintiff's motion for leave to amend the complaint (the "R&R"). (*See* ECF #41.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days of service of the R&R. (*See id.* at Pg. ID 484.)

Plaintiff has not filed any objections to the R&R. The failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).

Accordingly, because Plaintiff has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) the Bloomfield Township Defendants' Motion for Summary Judgment (ECF #33) is **GRANTED**, (2) McLaren Hospital's Motion to Dismiss (ECF #26) is **GRANTED**, and (3) Plaintiff's Motion for Leave to File An Amended Complaint (ECF #28) is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 5, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 5, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764